```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 07752
   DONALD W LAWSON
   ALETHEA F CORK LAWSON                         CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5902     SSN XXX-XX-4963

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/30/2006 and was confirmed 08/21/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE      4135.72            .00         875.60
CITIFINANCIAL SERVICES    SECURED VEHIC     11000.00         816.00         348.32
CITIFINANCIAL SERVICES    UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  SECURED             162.00            .00          60.00
ILLINOIS DEPARTMENT OF R  PRIORITY             62.83            .00            .00
TCF                       UNSECURED        NOT FILED            .00            .00
PEOPLES ENERGY            UNSECURED        NOT FILED            .00            .00
TCF                       UNSECURED        NOT FILED            .00            .00
ASPIRE                    UNSECURED           918.98            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           116.90            .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED           641.37            .00            .00
CALVARY PORTFOLIO SVCS    UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED           590.00            .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED            .00            .00
DEBT RECOVERY SOLUTION    UNSECURED           247.89            .00            .00
FIFTH THIRD BANK          UNSECURED        NOT FILED            .00            .00
HSBC CARD SERVICES        UNSECURED        NOT FILED            .00            .00
HSBC NV                   UNSECURED        NOT FILED            .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED            .00            .00
AMERITECH CONSUMER        UNSECURED        NOT FILED            .00            .00
TRINITY HOSPITAL          UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1346.03            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00            .00
UIC PHYSICIAN GROUP       UNSECURED        NOT FILED            .00            .00
UNIVERSITY OF IL HOSPITA  UNSECURED        NOT FILED            .00            .00
CITIFINANCIAL             UNSECURED         20373.29            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          1185.85            .00            .00
PIERCE & ASSOC            NOTICE ONLY      NOT FILED            .00            .00
ILLINOIS DEPARTMENT OF R  UNSECURED            77.61            .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07752 DONALD W LAWSON & ALETHEA F CORK LAWSON
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,039.00                      555.28
TOM VAUGHN                 TRUSTEE                                      144.80
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,800.00

PRIORITY                                             .00
SECURED                                         1,283.92
    INTEREST                                      816.00
UNSECURED                                            .00
ADMINISTRATIVE                                    555.28
TRUSTEE COMPENSATION                              144.80
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                   2,800.00              2,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE